14719.   TUFTS, executrix, *v.* THRELKELD.

BELL, J.   This case is controlled by the decision this day rendered in *Tufts* v. *Threlkeld*, ante, 452.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED DECEMBER 10, 1923.

Description of case and names of counsel the same as in the next preceding case.